UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

        Plaintiff,                No. 3:19-cv-00217-KRG

vs.

ANTHONY BARNUM,

        Defendant.

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, Anthony Barnum.

Date:  01/13/2020                           /s/ *Robert J. Fisher, Jr.*
                                              Robert J. Fisher, Jr., Pa I.D. No. 92026
                                              Edgar Snyder & Associates, LLC
                                              US Steel Tower, 10th Floor
                                              600 Grant Street
                                              Pittsburgh, PA 15219
                                              E-mail: rfisher@edgarsnyder.com
                                              Phone: (412) 394-4429
                                              Fax: (412) 391-2386

#9142791