UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY,

        Plaintiff,        No. 3:19-cv-00217-KRG

vs.

ANTHONY BARNUM,

        Defendant.

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, Anthony Barnum.

Date: 01/13/2020                            /s/ *Drew W. Rummel*
                                                Drew W. Rummel, Pa I.D. No. 327243
                                                Edgar Snyder & Associates, LLC
                                                US Steel Tower, 10th Floor
                                                600 Grant Street
                                                Pittsburgh, PA 15219
                                                E-mail: drummel@edgarsnyder.com
                                                Phone: (412) 395-1656
                                                Fax: (412) 391-2386